✎AO 240A    (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court

### ── District of the Northern Mariana Islands ──

HOU YAN JUN

Plaintiff

V.

TAIWAN TRADING CO., LTD.

Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

**F I L E D
Clerk
District Court**

**CV 08 –0025**

JUN –2 ▮▮▮

CASE NUMBER:

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this  2ⁿᵈ  day of  June  ,  2008

_Alex R. Munson_
Signature of Judicial Officer

_Judge_
Name and Title of Judicial Officer