◎AO 440   (Rev. 08/01) Summons in a Civil Action

**FILED**
Clerk
District Court

# United States District Court

## District of the Northern Mariana Islands

JUN 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

HOU YAN JUN

V.

TAIWAN TRADING CO., LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08-0025

**RECEIVED**

JUN 09 2008

US MARSHALS SERVICE-CNMI

TO: (Name and address of Defendant)

TAIWAN TRADING CO., LTD.
PMB 3581, Box 10002
Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COLIN M. THOMPSON, ESQ.
Thompson Law Office, LLC
2nd Floor JE Tenorio Building
Middle Road, Saipan
MP 96950

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

JUN 02 2008

US MARSHALS SERVICE-CNMI

JUN - 2 2008

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  CV-08-00025 , by:

(1) personally delivering a copy of each to the individual at this place,  Residence in San Antonio Village ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ 9,883.00  for travel and $ 45.00  for services, for a total of $ 5,883.00 .

Date: 6/12/08

Server's signature: C,D USM #308C

Printed name and title: W. M. Calvert  CID USM
for: District Security Officer
Ray Rengpul  DSO # 8F41

Server's address: US Marshals Service D/NMI PO Box 500570 Saipan MP 96950