F I L E D
Clerk
District Court

JUN 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Hou Yan Jun,<br><br>    Plaintiff,<br><br>-v-<br><br>Taiwan Trading Co. Ltd.<br>    Defendants. | CIVIL CASE NO. 08-0025<br><br>NOTICE RE SERVICE FEES<br>ADVANCED BY UNITED<br>STATES MARSHALS SERVICE |

Submitted herewith are the United States Marshals Service's fees of **$45.00** charged for service of process and **$8.83** for total mileage charges for a total of **$53.83**.

Service of the summons and complaint to the Registered Agent of the Taiwan Trading Co. Ltd, Mr Jingmin Z. Indalecio of San Antonio Village upon request by the Plaintiff's attorney Colin M. Thompson of the Thompson Law Offices by the US Marshals Service was made by order of the Court and that these fees have been advanced by the United States without prepayment until judgment is made.

Dated this 12 day of June, 2008.

JOAQUIN L.G. SALAS
Acting U. S. Marshal
District of Guam and CNMI

By: Wolfgang Calvert
Deputy U. S. Marshal

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Hou Yan Jun | CV 08-0025 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Taiwan Trading Co Ltd | Civil Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jingmin Z. Indalecio (Registered Agent)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PO Box 500075 Saipan MP 96950 / San Antonio Village Near U.I.C 670-235-5616

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Colin M. Thompson ESQ.
Thompson Law Office
2nd FL Je Tenorio Bld
Middle Rd Saipan MP 96950

- Number of process to be served with this Form - 285: **2**
- Number of parties to be served in this case: **1**
- Check for service on U.S.A.

FILED
Clerk
District Court
JUN 12 2008
For The Northern Mariana Islands
By _____ (Deputy Clerk)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

In person service

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Colin M. Thompson (By Phone) | ☒ PLAINTIFF ☐ DEFENDANT | Colin.thompson@saipan.com | 06-12-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 02 | No. 05 | No. 05 | CIDUSM #2086 | 6-12-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
San Antonio Village (Home)

| Date of Service | Time | am/pm |
|---|---|---|
| 6/12/08 | 3:45 | pm |

Signature of U.S. Marshal or Deputy
RJRD DSO 8841

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | $8.83 | 0 | $53.83 | 0 | $53.83 | N/A |

REMARKS: Prepayment of Fee's waiver ordered by USDC $45 per Service & $0.48 mileage

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|