```
                                                    FILED
                                                    Clerk
                                                 District Court

                                                  JUL - 1 2008

                                            For The Northern Mariana Islands
                                            By_____
                                                    (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOU YAN JIN, | Civil No. 08-0025 |
| Plaintiff | |
| v. | ORDER STRIKING ANSWER TO COMPLAINT and |
| TAIWAN TRADING CO., LTD., | SETTING STATUS/SETTLEMENT CONFERENCE |
| Defendant | |

IT IS ORDERED that defendant's answer of July 1, 2008, be and hereby is stricken from the record. A corporation cannot appear *pro se* in federal court; a corporation must appear through an attorney. *See* 28 U.S.C. § 1654; Rowland v. California Men's Colony, 506 U.S. 194, 113 S.Ct. 716, 721 (1993); and, United States v. High Country Broadcasting Company, Inc., 3 Fed.3d 1244, 1245 (9th Cir. 1993); and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that plaintiff, plaintiff's attorney, and defendant's general manager or another person with full and complete settlement authority shall appear for a status/settlement conference in Chambers, 2nd Floor Horiguchi Building, on Friday, July 11, 2008, at 8:00 a.m. Failure to appear at the conference may result in sanctions against the non-appearing party.

DATED this 1st day of July, 2008.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge