F I L E D
Clerk
District Court

JUL 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOU YAN JUN, | ) CIVIL ACTION NO. 08- 0025 |
| Plaintiff, | ) |
| v. | ) ARM |
| | ) [PROPOSED] ORDER AFTER |
| | ) JULY 11, 2008 HEARING |
| TAIWAN TRADING CO., LTD. | ) |
| Defendant. | ) |

The Parties appeared today pursuant to the Court's July 1, 2008 Order Striking Answer to Complaint and Setting Status/Settlement Conference. By agreement of the Parties and Court, the Court ordered the Parties to return for the continued hearing of the status/settlement conference on July 18, 2008 at 10:00 a.m. The Court also ordered that Defendant, Taiwan Trading Co., Ltd. shall retain counsel before July 18, 2008. The Court further ordered with the agreement of counsel that the time for defendant to respond to the plaintiff's complaint shall be extended until July 18, 2008.

SO ORDERED this __11TH__ day of July, 2008.

_____
HON. ALEX R. MUNSON
District Court Judge