FILED
Clerk
District Court

AUG 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

HOU YAN JUN,

Plaintiff,

vs.

TAIWAN TRADING CO., LTD.,

Defendant.

Civil Action No. 08-0025

Case Management Scheduling Order

Colin M. Thompson
Attorney at Law
PMB 917 Box 10001
Saipan, MP 96952

Stephen J. Nutting
Attorney at Law
P.O. Box 5093
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on August 22, 2008. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before October 1, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

2. All motions to amend pleadings shall be filed on or before October 1, 2008.

3. All discovery shall be served by November 14, 2008.

4. All discovery motions shall be filed so as to be heard on or before December 30, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. A status/settlement conference will be held on December 30, 2008, at 9:00 a.m.

6. All dispositive motions shall be heard on or before February 5, 2009, Said motions shall be filed in accordance with Local Rules 7.1.

7. A settlement conference will be held on February 27, 2009, at 9:30 a.m.

8. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by March 16, 2009.

9. A final pretrial conference will be held on March 20, 2009, at 9:00 a.m.

10. The trial in this case shall begin on April 6, 2009, at 9:00 a.m.

This case has been assigned to the Expedited Track.

DATED THIS 22nd day of August, 2008, Garapan, Saipan, CNMI.



_____
JUDGE ALEX R. MUNSON